```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x        ECF CASE

UNITED STATES OF AMERICA,         :
                                           NOTICE OF APPEARANCE AND
         Plaintiff,               :        REQUEST FOR ELECTRONIC
                                           NOTIFICATION
    - v. -                        :

ANEURY LUNA AMPARO,               :        08 Cr. 405
   a/k/a "Luis Rodriguez,"
   a/k/a "Aneuris Luna Amparo,"   :

         Defendant.               :

- - - - - - - - - - - - - - - - -x
```

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                            Respectfully submitted,

                                            MICHAEL J. GARCIA
                                            United States Attorney for the
                                            Southern District of New York

                                      by: /s/_____

                                            Amie N. Ely
                                            Assistant United States Attorney
                                            (212) 637-2214