UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
UNITED STATES OF AMERICA
       against
_____

(Alias)_____

_____

              Please PRINT Clearly
```

*08cr 405*

DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

## NOTICE OF APPEARANCE

TO:  JAMES M. PARKISON, CLERK

SIR: YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

1. [ ] CJA    2. [ ] RETAINED    3. [X] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT  [ ] NO  [X] YES - IF YES GIVE YOUR DATE OF ADMISSION. MO. __5__ YR. __2001__

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE __NY__ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK

SIGNATURE _____
PRINT THE FOLLOWING INFORMATION CLEARLY
__JULIA GATTO__
Attorney for Defendant

Firm name if any _____

__52 Duane St. 10th Fl.__
Street address

__NY__            __NY__           __10007__
City              State             Zip

__(212) 417-8750__
Telephone No

__julia_gatto@fd.org__

NOTE: PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186