FH-11.Revised 8/2005

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ X

UNITED STATES OF AMERICA

— v —

_Anthony Ampene_
_____
Defendant

------------------------------------------------ X

ORDER APPOINTING COUNSEL
(Federal Defenders of New York, Inc.)

Docket # _08 CR 405_

Because the above name defendant has testified under oath or otherwise satisfied this Court that he or she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interest of justice so require, the FEDERAL DEFENDERS OF NEW YORK, INC. is hereby appointed to represent the defendant in the above designated case for the following purpose:

Check one)    __✓__    all proceedings

_____    bail/presentiment only

_____    other (specify)  _____

If the case proceeds to the U.S. District Court, the appointment shall remain in effect until terminated or a substitute attorney is appointed.

Date __8-25-08__                    _____
                                    Signature of U.S. Judge or Magistrate Judge
                                    or by order of the Court:

                                    _____
                                    Clerk or Deputy

TO:    J. MICHAEL McMAHON, CLERK
       United States District Court
       Southern District of New York

       Federal Defenders of New York, Inc.
       52 Duane Street, 10th Floor
       New York, New York  10007

SDNY
NT
ICALLY FILED

AUG 25 2008